# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2012

145079 & (82)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

COALITION FOR A SAFER DETROIT,
      Plaintiff-Appellee,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
      Defendants-Appellants.

SC: 145079
COA: 300516
Wayne CC: 10-009328-AW

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 9, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2012

_____
Clerk

t0529